IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JASON T. WITHERSPOON,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3531

Opinion filed November 8, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Jason T. Witherspoon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied. See Munn v. Florida Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, BILBREY, and M.K. THOMAS, JJ., CONCUR.